AO 450 (Rev. 5/85) Judgment in a Civil Case

United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

DEBBIE SHOCKLEY

V.

COMMISSIONER OF SSA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:06-CV-322

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; the Court **ACCEPTS IN WHOLE** the Report and Recommendation. It is further **ORDERED** that the plaintiff's motion for summary judgment [Doc. 15] is **DENIED**; the Commissioner's motion for summary judgment [Doc. 17] is **GRANTED**; the Commissioner's decision in this case denying the plaintiff's application for period of disability, disability insurance benefits, and supplemental security income based on disability is **AFFIRMED**; and this case is **DISMISSED**.

July 24, 2007
Date

Patricia L. McNutt, Clerk of Court

By  S/A. Archer, Case Manager